**Order entered July 13, 2016**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00482-CV

**FRENCH LARRY TAYLOR, Appellant**

**V.**

**WENDIE RENEE WILLIAMS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56735-2015**

## ORDER

We **GRANT** appellant's July 6, 2016 second motion for an extension of time to file a brief and extend the time to **AUGUST 15, 2016**.

We **GRANT** the July 6, 2016 motion of Marilea W. Lewis with Orsinger, Nelson, Downing & Anderson, LLP to withdraw as counsel for appellant. We **DIRECT** the Clerk of this Court to remove Ms. Lewis as counsel for appellant. Appellant is now appearing before this Court pro se. We further **DIRECT** the Clerk of this Court to send all future correspondence in this case to appellant at the following mailing address and email address:

1623 Oak Knoll
Dallas, Texas 75208

frenchtaylor@aol.com

/s/      ELIZABETH LANG-MIERS
JUSTICE